IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD OTTO HANSEN, | ) | 8:08CV445 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| VICKY L. JOHNSON, in her official | ) | |
| capacity as the District Judge of | ) | |
| Nuckolls County, Nebraska, | ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2). Upon review of the plaintiff's motion, the court finds that the plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

Dated October 30, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge